JS-6

1  BRANDON C. FERNALD (BAR NO. 222429)
   **FERNALD LAW GROUP LLP**
2  510 W 6th St, Suite 700
   Los Angeles, CA 90014
3  Telephone: (323) 410-0300
   Facsimile: (323) 410-0330
4  Email: brandon.fernald@fernaldlawgroup.com

5  JOSHUA D. LICHTMAN (BAR NO. 176143)
   **FULBRIGHT & JAWORSKI L.L.P**
6  555 South Flower Street, Suite 4100
   Los Angeles, CA 90071
7  Telephone: (213) 892-9200
   Facsimile: (213) 892-9494
8  Email: jlichtman@fulbright.com

9  Attorneys for Defendant and Counter-Plaintiff
   TAP WORLDWIDE, LLC

10                UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

13 | READYLIFT SUSPENSION, INC, a Nevada Corporation, | Case No. 2:10-cv-03158-JST-FFM |
14 | | |
15 | Plaintiff, | |
   | v. | |
16 | | **ORDER RE STIPULATD REQUEST FOR VOLUNTARY DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS WITH PRJEUDICE** |
17 | TAP WORLDWIDE, LLC, d/b/a Transamerican Auto Parts, 4 Wheel Parts, and Pro Comp Suspension, a Delaware Limited Liability Company; and DOES 1-10, | |
18 | | |
19 | | |
20 | Defendant. | |
21 | | |
22 | TAP WORLDWIDE, LLC, | |
23 | Counter-Plaintiff, | |
24 | . v. | |
25 | READYLIFT SUSPENSION, INC, and DOES 1 through 10, inclusive, | |
26 | Counter-Defendant | |
27 | | |

28

DOCUMENT PREPARED
ON RECYCLED PAPER

Based on the foregoing stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. All claims by ReadyLift Suspension, Inc. ("ReadyLift") herein, including all claims against TAP Worldwide, LLC ("TAP Worldwide"), Transamerican Dissolution Company, LLC, and Explorer Dissolution Company, LLC, (the "Dissolution Defendants") shall be dismissed with prejudice;

2. All counterclaims by TAP Worldwide herein against ReadyLift shall be dismissed with prejudice; and

3. Each party shall bear their own respective costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: February 8, 2011

JOSEPHINE STATON TUCKER
_____
United States District Judge